USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISMAEL GENAO,

                      Plaintiff,

     - against -

UNITED STATES OF AMERICA,

                     Defendant.
------------------------------------------------------------X

05 Civ. 3050 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

The government is to respond to Plaintiff's response to the government's motion to dismiss by April 8, 2009 and to answer specifically:

1) Whether QNY 31, QNY 33 and QNY 34 are the CDs containing the ghost image files contained in Items #5, #6, #7 and #8 and are contraband.

2) Whether the government agrees that the Item #1 computer, but not the two hard drives contained in it, can be returned to Plaintiff.

3) Whether the FBI agrees to mail the non-contraband items that Plaintiff requests to a person and at an address to be designated by Plaintiff.

SO ORDERED.

Dated: New York, New York
       April 2, 2009

                                          Robert P. Patterson, Jr.
                                          U.S.D.J.

Copy of this Order sent to:

*Pro se Plaintiff*
Ismael Genao
Reg. No. 83789-054
U.S.P. Tucson
P.O. Box 24550
Tucson, AZ  85734

*Counsel for Defendant*
Lev L. Dassin, Acting United States Attorney
Southern District New York
One Saint Andrew's Plaza
New York , NY 10007
Attn:  James Nicholas Boeving
Tel:  (212) 637-2748
Fax:  (212) 637-2686